IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-cr-153-ECM |
| | ) | [WO] |
| ZACHARY QUINTARIUS WILLIAMS | ) | |

**MEMORANDUM OPINION and ORDER**

Now pending before the Court is the Defendant's unopposed motion to continue trial. (Doc. 16). Because this case is not currently set for trial, the Court construes the Defendant's motion as a motion to set a trial date. The Defendant requests a trial setting outside the seventy-day period set forth in the Speedy Trial Act. For the reasons set forth below, the Court finds the motion is due to be granted pursuant to 18 U.S.C. § 3161(h)(7).

The Speedy Trial Act provides in part:

> In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs.

18 U.S.C. § 3161(c)(1).

The Act excludes, however, certain delays from the seventy-day period, including delays based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial," *id.* § 3161(h)(7)(A). In determining whether to grant a request for a trial setting outside the seventy-day period pursuant to § 3161(h)(7), the Court "shall consider," among other factors, whether failure to

do so would likely "result in a miscarriage of justice," or "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." *Id.* § 3161(h)(7)(B)(i), (iv).

The Defendant was arraigned on November 10, 2026. (*See* doc. 14). Counsel for the Defendant represents to the Court that he needs additional time to obtain records and engage in plea negotiations with the Government. The Government does not oppose the Defendant's request. After careful consideration, the Court finds that the ends of justice served by setting this trial outside the speedy trial period outweigh the best interest of the public and the Defendant in a speedy trial. Accordingly, and for good cause, it is

ORDERED that the motion (doc. 16) is GRANTED, and jury selection and trial are SET on the criminal term of court set to commence on **February 1, 2027 at 10:00 a.m.** in **Montgomery**, Alabama.

The United States Magistrate Judge shall conduct a pretrial conference prior to the February trial term.

DONE this 18th day of November, 2026.

/s/ Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE